IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT SCANLON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20cv0744 |
| | ) | Judge Norgle |
| LIFE INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT**

Now comes the plaintiff, SCOTT SCANLON ("Plaintiff"), by his attorneys, MARK D. DEBOFSKY, MATTHEW T. MALONEY, and DEBOFSKY SHERMAN CASCIARI REYNOLDS, P.C., and hereby moves for the entry of judgment in his favor and against the defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA ("Defendant"), pursuant to Fed. R. Civ. P. 52, on the ground that the preponderance of the evidence favors the entry of judgment in Plaintiff's favor in this case for long-term disability benefits under § 502(a)(1)(B) of the Employee Retirement Income Security Act of 1974 ("ERISA") (29 U.S.C. § 1132(a)(1)(B)). In support thereof, Plaintiff concurrently submits a separate Statement of Facts and Memorandum of Law.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendant, order Defendant to pay him for all wrongfully denied long-term disability benefits, plus prejudgment interest, in an amount equal to the contractual amount of benefits to which he is entitled from April 28, 2018 to present, and award his attorneys' fees and costs pursuant to ERISA §502(g) (29 U.S.C. § 1132(g)).

Dated: March 15, 2021                                            Respectfully Submitted,

/s/ Mark D. DeBofsky
/s/ Matthew T. Maloney

Mark D. DeBofsky
Matthew T. Maloney
Attorneys for Plaintiff
Scott Scanlon

Mark D. DeBofsky
Matthew T. Maloney
DeBofsky Sherman Casciari Reynolds, P.C.
150 N. Wacker Dr., Suite 1925
Chicago, Illinois 60606
Voice: (312) 561-4040
Fax: (312) 929-0309
Email: mdebofsky@debofsky.com; mmaloney@debofsky.com

## **CERTIFICATE OF SERVICE**

TO: Daniel K. Ryan
      Peter E. Pederson
      Hinshaw & Culbertson
      151 N. Franklin St., Suite 2500
      Chicago, Illinois 60606
      dryan@hinshawlaw.com, ppederson@hinshawlaw.com

The undersigned attorney hereby certifies that on March 15, 2021, he electronically filed the foregoing PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to the above-named attorneys.

                                                /s/ Mark D. DeBofsky
                                                /s/ Matthew T. Maloney
                                                _____

                                                Mark D. DeBofsky
                                                Matthew T. Maloney
                                                Attorneys for Plaintiff
                                                Scott Scanlon

Mark D. DeBofsky
Matthew T. Maloney
DeBofsky Sherman Casciari Reynolds, P.C.
150 N. Wacker Dr., Suite 1925
Chicago, Illinois 60606
Voice: (312) 561-4040
Fax: (312) 929-0309
Email: mdebofsky@debofsky.com

3